IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| KINYATA GLASS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-310-DRH |
| ) | |
| ILLINOIS DEPARTMENT OF ) | |
| TRANSPORTATION, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Defendant's Motion for Enlargement of Time is before the Court,

IT IS HEREBY ORDERED that Defendant's Motion is **GRANTED**. Defendant has until May 4, 2006 in which to file its Motion for Summary Judgment.

DATE: April 18, 2006

/s/           David   RHerndon
UNITED STATES DISTRICT J U D G E