# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KINYATA GLASS,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　**CIVIL ACTION NO. 05-CV-310 DRH**

**ILLINOIS DEPARTMENT OF
TRANSPORTATION,**

    **Defendant.**

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on Defendant's motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that the motion is **GRANTED**. Judgment is entered in favor of Defendant **ILLINOIS DEPARTMENT OF TRANSPORTATION** and against Plaintiff **KINYATA GLASS**.-----------------------------------------------------------------------------

**NORBERT G. JAWORSKI, CLERK**

February 20, 2007　　　　　　　　　　BY:　/s/Patricia Brown
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

APPROVED: /s/　　　David　RHerndon
　　　　　　**U.S. DISTRICT JUDGE**